# Exhibit A

Sydni Salvatore
200 Revere Street, 108
Canton, MA 02021

October 15, 2021


To Whom It May Concern,

I am writing to you today claiming religious exemption for the current Covid vaccine being imposed on employees. The vaccine mandate goes against my Greek Orthodox Christian faith. The Greek Orthodox Church declared, "Our Church expresses its categorical opposition to conducting experiments on human embryonic cells." This makes the Covid vaccine, along with most vaccines, a contradiction to my Orthodox faith. It is my responsibility to protect my God given body and I do everything possible to keep my body and faith healthy.

In Matthew 9:12 we are told that Jesus said, "It is not the healthy who need a doctor, but the sick." I do not routinely receive the flu vaccine. I am a firm believer of therapeutics, as Matthew states in that passage, but do not believe in putting unnecessary medicines--particularly those whose effectiveness remains to be determined--into my body.

I believe God has a plan for me, as he does for all of his children. I believe this is why I was infected with the disease this past summer. I endured the worst of it and fortunately made a full recovery. This was my path. I believe part of God's plan for me was to experience the disease and to develop natural immunity. But let us not forget, God helps those who help themselves. I live a healthy, active lifestyle-- I exercise each day, eat a nutrient-dense diet and ensure I get adequate sleep each night.

"In everything, therefore, treat people the same way you want them to treat you" - Matthew 7:12. It is my firm belief that vaccination should be each individuals' personal choice. Any coerced medical treatment goes against my faith and the right of conscience to control one's own medical treatment, free of coercion and force. In this same light, I would never ask or expect another person to do something against their will. If we all just took a moment to remember this message, I believe our world would be a better place.

Under Title VII of the Civil Rights Act, an employer must not discriminate against an employee on the basis of that employee's sincerely held religious beliefs. My understanding is that with this exemption, I will participate in weekly NPS testing. I thank you for granting me a religious exemption and respecting religious freedom.


Sincerely,
Sydni Salvatore